UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-179 (JMB/LIB)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) **MOTION TO CONTINUE** |
| v. | ) **TRIAL DATE** |
| CORY ALLEN McKAY, | ) |
| Defendant. | ) |

The United States of America moves to continue the trial date in this case to a date to be determined after consultation between the parties and the Court and to exclude such time under the Speedy Trial Act. The Assistant United States Attorney originally assigned to this case is retiring unexpectedly at the end of this month, and new counsel needs to be assigned and given time to prepare for trial, taking into account the exercise of due diligence. The ends of justice served by granting a continuance in these circumstances outweigh the best interest of the public and the defendant in a speedy trial. Therefore, the government moves to continue the trial date in this matter.

DATE: January 22, 2026          DANIEL N. ROSEN
                                                   United States Attorney

                                                   */s/Kristian Weir*_____
                                                   KRISTIAN WEIR
                                                   Assistant United States Attorney