UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: 25-CR-179 (JMB/LIB) |
| Plaintiff, | **MR. MCKAY'S MOTION FOR OBJECTION TO THE CONTINUANCE OF TRIAL** |
| CORY ALLEN MCKAY, | |
| Defendant. | |

Cory McKay, by and through his attorney, hereby objects to the Government's request for a continuance of his trial in this matter. The trial is currently set to begin on February 12, 2026, before this Court. Mr. McKay has been waiting a long time for his trial to start and he is frustrated by the potential for any further delay. Understanding that the prosecutor will need to find a replacement to try this case, Mr. McKay believes if a new attorney is selected immediately, he or she will have sufficient time to prepare for the start of trial on February 12. He objects to the motion for continuance and prays the Court will move forward with trial on February 12, 2026.

Dated: January 23, 2026                    Respectfully submitted,

                                           *s/ Jean M. Brandl*
                                           JEAN M. BRANDL
                                           Attorney No. 0387260
                                           Attorney for Mr. McKay
                                           107 U.S. Courthouse
                                           300 South Fourth Street
                                           Minneapolis, MN 55415