UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 25-cr-179 (JMB/LIB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MOTION TO DISMISS INDICTMENT |
| | ) | |
| CORY ALLEN McKAY, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by and through its undersigned attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Thomas M. Hollenhorst, Assistant United States Attorney, and hereby moves this Honorable Court to dismiss the Indictment in this case.

Dated: January 29, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

s/ *Thomas M. Hollenhorst*

BY: THOMAS M. HOLLENHORST
Assistant United States Attorney
Attorney ID No. 46322