UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | File No. 25-CR-179 (JMB/LIB) |
| Plaintiff, | |
| v. | |
| | **ORDER** |
| CORY ALLEN MCKAY, | |
| Defendant. | |

---

This matter is before the Court on the Government's Motion to Dismiss Indictment. (Doc. No. 54.) The Indictment charged Cory Allen McKay with one count of Conspiracy to Distribute Methamphetamine in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846, and one count of Attempted Possession With the Intent to Distribute Methamphetamine in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846. (Doc. No. 1.) The Indictment also listed three prior offenses for McKay which, if convicted, would have increased McKay's applicable mandatory minimum sentence to twenty-five years. (*Id.* at 2.)

After the Indictment was filed, McKay was arrested and has been detained on this Indictment for more than eight months. (*See generally* Doc. Nos. 5, 24.) On January 14, 2026, the Court was informed at a pretrial hearing that AUSA Tom Hollenhorst had resigned, effective January 30, 2026, and that a new prosecutor would be assigned the case within the week. Therefore, the Court continued the hearing to January 21, 2026. On that day, however, no new prosecutor had noticed their appearance on the case, and Mr.

Hollenhorst did not appear at the hearing because he had been hospitalized with a medical emergency. Rather than assign a new prosecutor to handle this case, the Government filed their Motion to Dismiss the Indictment on January 30, 2026. (Doc. No. 54.)

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. The Motion to Dismiss the Indictment (Doc. No. 54) is GRANTED;

2. The Indictment (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE; and

3. Cory Allen McKay shall immediately be released from federal custody in connection with this matter.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 30, 2026                         /s/ *Jeffrey M. Bryan*
                                                Judge Jeffrey M. Bryan
                                                United States District Court